James C. Feldman (AK Bar No. 1702003)
Jeffrey M. Feldman (AK Bar No. 7605029)
SUMMIT LAW GROUP PLLC
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Phone: (206) 676-7000
jamesf@summitlaw.com
jefff@summitlaw.com
*Attorneys for Bristol Bay Economic Development Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>          Defendant. | No. 3:24-cv-00084-SLG |

## NOTICE OF ERRATA

Proposed Intervenor-Defendants serve notice of their filing of the attached corrected Motion to Intervene. An earlier draft of the motion was erroneously filed. The only change in the corrected version is to footnote 2, which now correctly states the State of Alaska's position on the Motion to Intervene.

*State of Alaska v. EPA*
Case No. 3:24-cv-00084-SLG

1

DATED this 25th day of June, 2024.

                                      SUMMIT LAW GROUP PLLC
*Attorneys for Bristol Bay Economic Development Corporation*

                                      By:  *s/ James C. Feldman*
                                      James C. Feldman (AK Bar No. 1702003)
                                      Jeffrey M. Feldman (AK Bar No. 7605029)

*State of Alaska v. EPA*
Case No. 3:24-cv-00084-SLG

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 25, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:24-cv-00084-SLG who are registered CM/ECF users will be served by the CM/ECF system.

                                                SUMMIT LAW GROUP, PLLC

                                                *s/ Denise Brandenstein*
                                                **Denise Brandenstein,** Legal Assistant
                                                *deniseb@summitlaw.com*

*State of Alaska v. EPA*
Case No. 3:24-cv-00084-SLG

3

Case 3:24-cv-00084-SLG   Document 21   Filed 06/25/24   Page 3 of 3