TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

FENNEMORE CRAIG P.C.
Norman D. James (AZ Bar No. 006901)
Tyler D. Carlton (AZ Bar No.035275)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Phone: (602) 916-5000
Facsimile: (602) 916-5546
Email:  njames@fennemorelaw.com
        tcarlton@fennemorelaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| State of Alaska, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-CV-00084-SLG |
| | ) | |
| v. | ) | |
| | ) | **PLAINTIFF'S NOTICE OF LODGING** |
| United States Environmental Protection | ) | **ORDER RE MOTION TO STAY** |
| Agency, | ) | **PROCEEDINGS** |
| | ) | |
| Defendant. | ) | |
| | ) | |

Case No. 3:24-cv-0084-SLG *Alaska v. U.S. EPA*
Plaintiff's Notice of Lodging Order re Motion to Stay Proceedings
Page 1 of 2
49946574.1

Case 3:24-cv-00084-SLG   Document 52   Filed 08/20/24   Page 1 of 4

Pursuant to Local Civil Rule 7.1(b)(2), Plaintiff State of Alaska hereby lodges the attached form of order granting its Motion to Stay Proceedings in this case.

DATED: August 20, 2024.

FENNEMORE CRAIG P.C.

By: /s/ *Norman D. James*
Norman D. James (AZ Bar No. 006901)
Tyler D. Carlton (AZ Bar No. 035275)
2394 East Camelback Road, Suite 600
Phoenix, Arizona 85016
Phone: (602) 916-5000
Facsimile: (602) 916-5546
Email: njames@fennemorelaw.com
tcarlton@fennemorelaw.com

TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl
(Alaska Bar No. 2108081)
Assistant Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, Alaska 99501
Phone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

Attorneys for Plaintiff

Case No. 3:24-cv-0084-SLG *Alaska v. U.S. EPA*
Plaintiff's Notice of Lodging Order re Motion to Stay Proceedings
Page 2 of 2
49946574.1
Case 3:24-cv-00084-SLG   Document 52   Filed 08/20/24   Page 2 of 4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:24-CV-00084-SLG |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Defendant. | ) ) ) |

### [PROPOSED] ORDER RE MOTION TO STAY PROCEEDINGS

Before the Court at Docket 51 is *Plaintiff's Motion to Stay Proceedings*. The motion asks that the Court stay all proceedings and deadlines in this matter until the Court has ruled on Defendant's Motion for Protective Order (Doc. 50), which concerns the Defendant's administrative record. Good cause for the requested stay being shown,

IT IS ORDERED granting Plaintiff's motion.

IT IS FURTHER ORDERED that all proceedings and deadlines in this case shall be stayed until the Court has ruled on Defendant's Motion for Protective Order.

IT IS FURTHER ORDERED that the deadline for Plaintiff to file any motion to complete or supplement the administrative record shall be extended until 21 days after the Court rules on Defendant's Motion for Protective Order.

Case No. 3:24-cv-00084-SLG, *Alaska v. U.S. EPA*
Order re Plaintiff's Motion to Stay Proceedings
Page 1 of 2

Case 3:24-cv-00084-SLG   Document 52   Filed 08/20/24   Page 3 of 4

DATED this \_\_\_\_ day of _____, 2024 at Anchorage, Alaska.

_____
UNITED STATES DISTRICT JUDGE

Case No. 3:24-cv-00084-SLG, *Alaska v. U.S. EPA*
Order re Plaintiff's Motion to Stay Proceedings
Page 2 of 2

Case 3:24-cv-00084-SLG   Document 52   Filed 08/20/24   Page 4 of 4