TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl (Alaska Bar No. 2108081)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

*Attorneys for the State of Alaska*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| STATE OF ALASKA,<br>　　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY,<br>　　　　*Defendant*,<br><br>　　and<br><br>TROUT UNLIMITED, *et al.*,<br>　　　　*Intervenor-Defendants*. | Case No. 3:24-cv-84-SLG |

**PLAINTIFF'S RESPONSE TO NOTICE OF INTENT TO CONSOLIDATE**

*Alaska v. EPA*　　　　　　　　　　　　　　Case No.: 3:24-cv-84-SLG
Plaintiff's Response to Notice of Intent to Consolidate

Per the Court's Notice of Intent to Consolidate,[1] the State takes no position on whether the three cases[2] should be administratively consolidated. As the State previously discussed,[3] the State does oppose any attempt by EPA to use the consolidated nature of these cases to impose the *Northern Dynasty* schedule for reviewing the administrative record on the State. Finally, if the cases are consolidated, the State would oppose any attempt to prevent the State from filing its own motions and own briefs.

DATED: October 30, 2024                    Respectfully Submitted,

By: */s/ J. Michael Connolly*

J. Michael Connolly (*pro hac vice*)
Gilbert C. Dickey (*pro hac vice*)
Steven C. Begakis (*pro hac vice*)
Consovoy McCarthy PLLC
1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
Telephone: (703) 243-9423
mike@consovoymccarthy.com
gilbert@consovoymccarthy.com
steven@consovoymccarthy.com

TREG TAYLOR
ATTORNEY GENERAL
Ronald W. Opsahl
(Alaska Bar No. 2108081)

---

[1] Dkt. 82.

[2] *See Northern Dynasty Minerals Ltd v. EPA*, No. 3:24-cv-00059-SLG; *Iliamna Natives Ltd. v. EPA*, No. 3:24-cv-00132-SLG.

[3] *See* Plaintiff's Status Report, Dkt. 84 (Oct. 16, 2024) (explaining why separate administrative record deadlines are warranted due to, *inter alia*, the enormous size of the record, the delay in receiving the full record, unforeseen circumstances requiring a sudden change of counsel, scheduling conflicts, and a lack of prejudice to any party).

*Alaska v. EPA*                                          Case No.: 3:24-cv-84-SLG
Plaintiff's Response to Notice of Intent to Consolidate                          1
Case 3:24-cv-00084-SLG    Document 85    Filed 10/30/24    Page 2 of 3

Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: ron.opsahl@alaska.gov

*Attorneys for the State of Alaska*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2024, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, serving all counsel of record.

*/s/ J. Michael Connolly*
J. Michael Connolly

*Alaska v. EPA*                                          Case No.: 3:24-cv-84-SLG
Plaintiff's Response to Notice of Intent to Consolidate                    2
Case 3:24-cv-00084-SLG    Document 85    Filed 10/30/24    Page 3 of 3